**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

IN THE MATTER OF THE SEARCH OF
939-324-5219 ("TARGET CELL PHONE 1"),       Case No. 25-MJ-90
939-988-4922 ("TARGET CELL PHONE 3"), AND
414-275-7839 ("TARGET CELL PHONE 4"), WHICH
ARE IN THE CUSTODY OR CONTROL OF
T-MOBILE

### ORDER TO SEAL THE UNREDACTED
### SEARCH WARRANT, APPLICATION, AND AFFIDAVIT, AND UNSEAL THE
### PARTIALLY REDACTED SEARCH WARRANT, APPLICATION, AND AFFIDAVIT

Upon consideration of the government's motion to (1) seal all unredacted materials, including the search warrant, application, and affidavit, filed, or issued under the above-captioned case number until further order of the Court, and (2) unseal the attached partially redacted materials, including the partially redacted search warrant, application, and affidavit, the Court finds that this matter is appropriately kept under partial seal and, therefore, **ORDERS**

(1) that the Clerk of Court continue to seal all unredacted documents filed or issued under the above-captioned case number until order of the Court, including the unredacted search warrant, application, and affidavit and all prior motions to seal; and

(2) that the Clerk of Court unseal the attached partially redacted search warrant, application, and affidavit.

This Order does not prohibit law enforcement from disclosing the search warrant-related materials as necessary to facilitate the enforcement of criminal law, or as required by federal statute or the Rules of Criminal Procedure.

Dated at Milwaukee, Wisconsin this 15th day of July, 2026.

_____
HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge